An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BERNARD YOUNG,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66285

**FILED**

**SEP 3 0 2014**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a sentencing.[1] Eighth Judicial District Court, Clark County; Michael Villani, Judge. We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal and that any issues that were or could have been brought in this appeal are forever waived, and that appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

[1]Appellant has an appeal from the judgment of conviction pending before this court in Docket No. 66351.

14-32504

cc: Hon. Michael Villani, District Judge
Thomas Michaelides
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Bernard Young

SUPREME COURT
OF
NEVADA

(O) 1947A